UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20343-ALTMAN/Reid

**GREGORY LAROCHE**,

    *Plaintiff*,

v.

**PORTFOLIO RECOVERY ASSOCIATES, LLC**,

    *Defendant*.

_____/

## ORDER

The Defendant filed an Unopposed Motion to Stay Proceedings [ECF No. 3]. In the Motion, the parties ask the Court to stay this case pending the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection and Management Services, Inc.*, No. 19-14434-HH. Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion [ECF No. 3] is **GRANTED**.

2. This case is **STAYED**. The case shall be **CLOSED** for administrative purposes. Any pending motions are **DENIED** as moot. All pending hearings and deadlines are **TERMINATED**.

3. The parties are directed to file a status report every ninety (90) days informing the Court of the status of the case. Either party may move to reopen the case at any time.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of February 2022.

                                                                      **ROY K. ALTMAN**
                                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record